# ALBERT A. HATEM, P.C.
*Counsellor-at-Law*
202 Mamaroneck Avenue
White Plains, New York 10601
Telephone: (914) 686-5700
info@getourmoney.com

February 6, 2019

**Via E-Mail and First Class Mail**

*(shl.orders@nysb.uscourts.gov)*

Hon. Sean H. Lane
Justice of the US Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

Re: N. Westchester Surgical v. McAllister
Docket No: Adv.-15-08339-shl

Honorable Sir:

This Firm represents N. Westchester Surgical Associates, LLP in the above Adversarial Proceeding.

This letter shall confirm my telephone conversation with your Clerk, Ms. Liza Ebanks, wherein the parties have consented to the adjournment of the Hearing date for the pending Summary Judgment Motions to **April 12, 2019 @ 11:00** in the White Plains Courthouse.

If you have any questions and/or problems, please call me immediately.

Thank you for you for the courtesy.

Very truly yours,

/S/
Albert A. Hatem

AAH/em
cc: H. Bruce Bronson, Esq., via E-mail Only   *(ecf@bronsonlaw.net)*

**MEMORANDUM ENDORSED ORDER:**

**SO ORDERED.**

Dated: February 7, 2019

/s/ Sean H. Lane
**United States Bankruptcy Judge**